IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| KENNETH SAYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:25-cv-00143-TRM-CHS |
| v. | ) | |
| | ) | Judge McDonough |
| U.S. XPRESS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff Kenneth Sayers ("Plaintiff") and Defendant U.S. Xpress, Inc. ("Defendant" or "USX") submit the following status report in accordance with the Court's November 18, 2025, Order ("Order") (Doc. 10):

Plaintiff submitted a Demand for Arbitration in November 2025. Since that time, the parties have selected an arbitrator, an Initial Case Management Conference has been held, an Arbitration Management and Scheduling Order has been entered, and the parties have exchanged both initial witness lists and written discovery. The parties are in the process of scheduling Plaintiff's deposition and working to resolve certain discovery disputes associated with written discovery. The parties also scheduled mediation for November 20, 2026, and received additional time from the arbitrator to complete the same. If mediation is unsuccessful, the parties anticipate exchanging additional or other written discovery requests and scheduling further depositions.

Respectfully submitted this 8th day of October, 2026.

**MILLER & MARTIN PLLC**

By: /s/ Jessica M. Wolinsky
Charles B. Lee, BPR No. 11570
Jessica M. Wolinsky, BPR No. 39785
Suite, 1200, Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
chuck.lee@millermartin.com
jessica.wolinsky@millermartin.com

*Attorneys for Defendant U.S. Xpress, Inc.*

and

**THE EC LAW GROUP**

By: /s/ G. Brandon Hall [w/ permission]
G. Brandon Hall, BPR No. 034027
1625 Broadway, Suite 601
Nashville, Tennessee 37203
bhall@eclaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 8, 2026**, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

**MILLER & MARTIN PLLC**

By: /s/ Jessica M. Wolinsky
Jessica M. Wolinsky